UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QASIM BILAL AL-AMIN MCDANIEL, Petitioner, v. FEDERAL BUREAU OF PRISONS, et al., Respondents. | Case No. 17-cv-07120-HSG (PR) **JUDGMENT** |

The action having been dismissed without prejudice, judgment is entered in favor of respondents.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 3/30/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge